Morris Schwartz and Lena Schwartz, appellees, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 32,875.

Opinion filed November 27, 1928.

Eugene P. Kealy, for appellant; Chester E. Lewis, of counsel. No appearance for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Harry T. Vinnedge et al., complainants, v. Mystic Workers of the World et al., defendants.

Mystic Workers of the World, cross-complainant, appellant, v. Harry T. Vinnedge et al., cross-defendants, appellees. Gen. No. 32,752.

Opinion filed November 27, 1928.

William C. Hartray, Charles E. Sturtz, Lee E. Joslyn and George R. Allen, for defendants; Arthur H. Chetlain, of counsel. David D. Stansbury, Jacob Cantlin and Richard H. Welsh, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

Gordon A. Ramsay, administrator of the estate of William H. Berdan, deceased, appellee, v. City of Chicago, appellant. Gen. No. 32,787.

Opinion filed November 27, 1928.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Stanley C. Armstrong, George D. Mills, Assistant City Attorneys, E. Marshall Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. James L. Bynum, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

John J. Jarke, Jr., appellee, v. Goldman Bond & Mortgage Company, appellant. Gen. No. 32,819.

Opinion filed November 27, 1928.

Schuyler, Weinfeld & Parker, for appellant; Carl J. Appell and Howard D. Moses, of counsel. Pritzker & Pritzker, for appellee; Nicholas J. Pritzker, of counsel.

Mr. Justice Barnes delivered the opinion of the court.